593 A.2d 402

TRANEL, INC., Appellant,

v.

COMMONWEALTH of Pennsylvania, BOARD OF FINANCE AND REVENUE.

Supreme Court of Pennsylvania.

Argued May 9, 1991.

Decided May 29, 1991.

Reargument Denied Sept. 23, 1991.

432

Leon H. Kline, Philadelphia, for appellant.

Matthew W. Tomalis, Deputy Atty. Gen., for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

ORDER

PER CURIAM:

Order affirmed.